■ In the Matter of IDA C. LOZADA. HARAIN FIGUEROA et al., Appellants; LITTLE FLOWER CHILDREN'S SERVICES et al., Respondents.—Order, Family Court of the State of New York,

New York County (Mara Thorpe, J.), entered on or about August 11, 1986, unanimously affirmed for the reasons stated by Mara Thorpe, J., without costs and without disbursements. Motion to supplement record and for other relief denied. Concur—Murphy, P. J., Sandler, Rosenberger and Wallach, JJ.